

**SO ORDERED.**
**SIGNED this 16th day of September, 2019**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 3:19-bk-32198-SHB |
| GARY W. WYATT, | ) |
| | ) JUDGE BAUKNIGHT |
| | ) |
| Debtor. | ) CHAPTER 7 |
| | ) |
| HOMETRUST BANK, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| GARY W. WYATT, Debtor, and | ) |
| F. SCOTT MILLIGAN, | ) |
| Chapter 7 Trustee, | ) |
| | ) |
| Respondents. | ) |

## ORDER GRANTING HOMETRUST BANK'S MOTION FOR RELIEF
## FROM AUTOMATIC STAY

This matter is before the Court pursuant to E.D. Tenn. LBR 9013-1(h) upon the

Motion of HomeTrust Bank ("HomeTrust"), a creditor in this bankruptcy case, by and

1

through its attorneys, for this Court to enter an Order granting it relief from the automatic stay provisions of 11 U.S.C. § 362(a) for cause, including the lack of adequate protection, with respect to certain real property commonly known as 2222 Peninsula Drive, Jefferson City, Tennessee (the "Real Property") and any and all rents and leases of the Real Property (the "Rents") (the Real Property and Rents are hereinafter collectively referred to as the "Collateral"). No party filed a timely response or objection to HomeTrust's Motion. Based upon the foregoing, the Court finds and, accordingly, **ORDERS** that HomeTrust Bank's Motion is granted and that HomeTrust is hereby granted relief from the automatic stay provisions of 11 U.S.C. § 362(a) in this bankruptcy case with respect to the Collateral thereby entitling it to enforce its rights against the Collateral as permitted by applicable non-bankruptcy law. It is further **ORDERED** that the provisions of Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure are hereby waived.

###

APPROVED FOR ENTRY:

**VAN WINKLE, BUCK, WALL, STARNES
AND DAVIS, P.A.**

**By;  /S/MARK A. PINKSTON/JAMES DAVID NAVE**
MARK A. PINKSTON
JAMES DAVID NAVE
*Attorneys for Movant*
*HomeTrust Bank*
11 North Market Street
P.O. Box 7376
Asheville, North Carolina 28802
(828) 258-2991
Fax (828) 257-2767
mpinkston@vwlawfirm.com
dnave@vwlawfirm.com

4821-8482-7298, v. 1